

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00579-CV

**IN RE** Dr. Lynn **BUCHANAN**,
Nichole Cahero, P.A., and Rio Vista Medical Center, PLLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  September 30, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On September 16, 2015, relators Dr. Lynn Buchanan, Nichole Cahero, P.A., and Rio Vista Medical Center, PLLC filed a petition for writ of mandamus complaining of the trial court's order granting the plaintiff's request to permit late-designation of expert witnesses in the underlying medical negligence suit. The court has considered the record and petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-14590, styled *Herbert C. Rader III and Dawn Harville Rader v. Dr. Paul Lifland and Dr. Daniel C. Valdez*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.